UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
RENE POMALES,                          )
         Plaintiff(s),                 )
                                       )
              v.                       )  Civil Action
                                       )  No. 3:20-cv-10258-MGM
AT&T MOBILITY SERVICES LLC,            )
         Defendant(s).                 )
```

ORDER OF DISMISSAL

May 6, 2021

**MASTROIANNI, U.S.D.J.**

Pursuant to the court's electronic order of this date dismissing this action, it is hereby ordered that this case be closed.

It is so ordered.

/s/ Mark G. Mastroianni
U.S. District Court Judge